AO 245D    (Rev. 12/03) Judgment in a Criminal Case for Revocations
           Sheet 1

# UNITED STATES DISTRICT COURT
## Southern District of Texas
### Holding Session in Victoria

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| v. | (For **Revocation** of Probation or Supervised Release) |
| | (For Offenses Committed On or After November 1, 1987) |
| **CELIA SANCHEZ** | |
| | Case Number: **6:02CR00052-002** |
| | USM Number: 19235-179 |
| | Rex Easley |
| | Defendant's Attorney |

☐ See Additional Aliases.

**THE DEFENDANT:**

☒ admitted guilt to violation of condition(s) 1, 2, and 3 _____ of the term of supervision.

☐ was found in violation of condition(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | Law Violation - Possession and Use of Cocaine | 09-13-2005 |
| 2 | Failure to Abide by Drug Treatment Program's Rules and Regulations | 10-18-2005 |
| 3 | Failure to Report and Failure to Submit a Monthly Supervision Report Within the First Five Days of Each Month | 04-30-2006 |

☐ See Additional Violations.

   The defendant is sentenced as provided in pages 2 through 2 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

   It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States attorney of material changes in economic circumstances.

Defendant's Soc. Sec. No.: XXX-XX-6683

Defendant's Date of Birth: 1970

Defendant's Residence Address:
Victoria, TX

Defendant's Mailing Address:
Victoria, TX

June 19, 2006
Date of Imposition of Judgment

*/s/ John D. Rainey*
Signature of Judge

**JOHN D. RAINEY**
**UNITED STATES DISTRICT JUDGE**
Name and Title of Judge

June 25, 2006
Date

jcm  | MEF/mao

AO 245D　　(Rev. 12/03) Judgment in a Criminal Case for Revocations
　　　　　　Sheet 2 -- Imprisonment

Judgment -- Page 2 of 2

DEFENDANT: **CELIA SANCHEZ**
CASE NUMBER: **6:02CR00052-002**

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of _____**4 months.**_____

☐ See Additional Imprisonment Terms.

☐ The court makes the following recommendations to the Bureau of Prisons:

☒ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:
　☐ at _____ ☐ a.m. ☐ p.m.　on _____ .
　☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
　☐ before 2 p.m. on _____ .
　☐ as notified by the United States Marshal.
　☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____
_____
_____

　　Defendant delivered on _____ to _____
at _____ , with a certified copy of this judgment.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MARSHAL

　　　　　　　　　　　　　　　　　　　By　　_____
　　　　　　　　　　　　　　　　　　　　　　　DEPUTY UNITED STATES MARSHAL